IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 07-31993 |
| SEILER, ANGELA DIANNE, | Chapter 7 |
| Debtor. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| St. Joseph Physician Network<br>PO Box 6309<br>South Bend, IN 46660 | $0.51 |

Dated: September 27, 2010

Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
Email:    jshtrustee@jonesobenchain.com

1
NOTICE OF UNCLAIMED FUNDS

2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of September 2010, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Benedict F. Marnocha, Esq. | United States Trustee |
| bfmarnocha@hotmail.com | ustpregion10.so.ecf@usdoj.gov |

                                              /s/ Jacqueline Sells Homann
                                              Jacqueline Sells Homann